# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>Enriquez Paredes,<br><br>                          Defendant. | Case No. 19cr3299-BTM<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>NOV 19 2020<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY                    DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952,960 – Importation of Methamphetamine (1); 21:952,960 - Importation of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl)(2)

Dated: 11/18/2020

Hon. Barry Ted Moskowitz
United States District Judge